UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES J. STEADMAN, | ) | 1:06-CV-00390 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #7] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| ROSEANNE CAMPBELL, Warden, | ) | [Doc. #1] |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 8, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED. The Magistrate Judge further recommended that all other motions be likewise DISMISSED and the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On June 6, 2006, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

1  *novo* review of the case.  Having carefully reviewed the entire file and having considered the
2  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
3  supported by the record and proper analysis, and there is no need to modify the Findings and
4  Recommendations based on the points raised in the objections.   Pursuant to 28 U.S.C. § 2254(b)(1),
5  this petition containing unexhausted claims  must be dismissed.   The court simply has no authority
6  to hold in abeyance a petition, like the one before this court, that contains *only* unexhausted claims.
7  See Rhines v. Weber, 544 U.S. 269, 278 (2005) (allowing abeyance pending exhaustion of mixed
8  petition that contains both exhausted and unexhausted claims).

10        Accordingly, IT IS HEREBY ORDERED that:
11        1. The Findings and Recommendation issued May 8, 2006, is ADOPTED IN FULL;
12        2. The Petition for Writ of Habeas Corpus is DISMISSED;
13        3. All other motions are DENIED; and
14        4. The Clerk of Court is DIRECTED to enter judgment.

16  IT IS SO ORDERED.
17  **Dated:     June 27, 2006**                        **/s/ Anthony W. Ishii**
    0m8i78                                        UNITED STATES DISTRICT JUDGE