# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES J. STEADMAN, | ) | 1:06-CV-00390 AWI LJO HC |
| Petitioner, | ) | ORDER |
| v. | ) | [Doc. #11] |
| ROSEANNE CAMPBELL, Warden, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 27, 2006, the undersigned issued an order adopting the Magistrate Judge's findings and recommendation and dismissing the petition for failure to exhaust state remedies. The order did not specify whether the dismissal was with or without prejudice. On August 14, 2006, Petitioner filed a motion requesting clarification.

IT IS HEREBY ORDERED that the order of June 27, 2006, is corrected to reflect that the dismissal was entered *without prejudice*.

IT IS SO ORDERED.

**Dated:   February 10, 2007**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE